**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re,<br><br>Jasper Pellets, LLC.,<br><br>        Debtor. | C/A No. 22-01409-EG<br><br>Adv. Pro. No. 22-80045-EG<br>Consolidated with Adv. Pro. No. 23-80033-eg<br><br>Chapter 7<br><br>**JUDGMENT REGARDING TRUSTEE'S THIRD COUNTERCLAIM FOR DEFAMATION** |
| CM Biomass Partners A/S,<br><br>        Plaintiff,<br><br>v.<br><br>Michelle L. Vieira, as Chapter 7 Trustee for Jasper Pellets, LLC,<br><br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>U.S. Bank Trust Company, N.A., as Indenture Trustee,<br><br>       Third-Party Defendant | |

In accordance with an Order being entered simultaneously herewith,

**IT IS ORDERED THAT** the Third Counterclaim for defamation asserted by Michelle L. Vieira, the Chapter 7 Trustee for Jasper Pellets, LLC and the Defendant and Third-Party Plaintiff in this adversary proceeding, in her Amended Answer and Amended Counterclaims (ECF No. 35) is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**FILED BY THE COURT**
**07/06/2023**

Entered: 07/06/2023

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina